## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| Catholic Legal Immigration Network, Inc. | * | |
| Plaintiff(s) | * | |
| vs. | * | Civil Case No.: 8:19–cv–01511–GLS |
| United States Citizenship and Immigration Services | * | |
| Defendant(s) | * | |

## CASE MANAGEMENT ORDER

    Pursuant to Standing Order 2018–04, this case has been assigned to a United States Magistrate Judge for all proceedings, including the entry of final judgment, pending the consent of all parties. During the time that it takes for all parties to indicate whether they consent, the filing of preliminary motions should be held in abeyance, unless there are exigent reasons why such a motion should be filed. Therefore, it is hereby

    ORDERED that the parties are precluded from filing any motion without permission of the assigned judge until consent is obtained from all parties or the case is reassigned to a District Judge, if consent from all parties is not obtained; and it is further

    ORDERED that any party wishing to file a preliminary motion as an exception to this Order must file a letter, not longer than three single–spaced pages, explaining the basis of the motion the party wishes to file. Once filed, the assigned judge will expedite review of the letter and take appropriate action, which may include an order permitting the filing of the motion; and it is further

    ORDERED that the time to file any preliminary motion is tolled until such time that consent is obtained from all parties or the case is reassigned to a District Judge.

Date: <u>May 23, 2019</u>　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　Gina L. Simms
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge