UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | Civil Action No. TDC-19-1511 |

**ORDER**

On August 8, 2019, the Court granted the parties' Third Consent Motion to Extend Time to Respond to Complaint, granting Defendant United States Citizenship and Immigration Services ("USCIS") until August 12, 2019 to answer the Complaint. ECF No. 18. On August 12, 2019, instead of answering the Complaint, USCIS filed a Consent Motion to Establish Re-Processing and Summary Judgment Briefing Schedule. ECF No. 19. The Court will deny the Motion without prejudice as premature, given that USCIS has not yet answered the Complaint. USCIS will be instructed to answer the Complaint and then the parties will be granted leave to re-file the Motion and state whether they anticipate or request a need for discovery, or if the proposed schedule in their Motion should take the place of the Court's standard Scheduling Order. Finally, a Case Management Order has now been docketed in this case, and the parties are instructed to comply with it for all filings going forward.

Accordingly, it is hereby ORDERED that:

1. USCIS's Consent Motion to Establish Re-Processing and Summary Judgment Briefing Schedule, ECF No. 19, is DENIED WITHOUT PREJUDICE.

2. USCIS shall ANSWER the Complaint by **August 20, 2019**.

3. USCIS may re-file the Consent Motion, without first seeking a pre-motion conference with the Court per the Case Management Order, after answering the Complaint.  The parties should state in the Consent Motion whether they anticipate or request a need for discovery, or if the proposed schedule in their Motion should take the place of the Court's standard Scheduling Order.

Date:  August 15, 2019                              /s/
                                          THEODORE D. CHUANG
                                          United States District Judge