IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CATHOLIC LEGAL IMMIGRATION NETWORK, INC.,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

Case No. 8:19-cv-01511-TJS

**MOTION FOR SUMMARY JUDGMENT**

Defendant, the United States Citizenship and Immigration Services (the "Defendant"), through its counsel, Robert K. Hur, United States Attorney for the District of Maryland, and Alan C. Lazerow, Assistant United States Attorney for that district, moves for the Court to grant summary judgment in Defendant's favor, under FED. R. CIV. P. 56(a). Defendant's arguments in support of this motion are fully set forth in the attached Memorandum of Law.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

By:    /s/
    Alan C. Lazerow (Bar No. 29756)
    Assistant United States Attorney
    36 S. Charles St., 4th Floor
    Baltimore, Maryland 21201
    (410) 209-4800
    Alan.Lazerow@usdoj.gov

    *Counsel for Defendant*

- 2 -

**CERTIFICATE OF SERVICE**

    I certify that on this 27th day of January, 2020, I electronically served a copy of the *Motion for Summary Judgment* and the attached *Memorandum of Law* on all parties receiving CM/ECF notices in this case.

                                                                                                /s/
                                                                                    Alan C. Lazerow
                                                                                    Assistant United States Attorney