IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., | * | |
| | * | |
| Plaintiff, | | |
| | * | Case No. TJS-19-1511 |
| v. | | |
| | * | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | * | |
| Defendant. | | |

\* \* \* \* \* \*

**MEMORANDUM OPINION**

Pending before the Court in this Freedom of Information Act ("FOIA") case is the Motion for Summary Judgment ("Motion") (ECF No. 42) filed by Defendant United States Citizenship and Immigration Services (the "Agency"). Previously, the Court denied the Motion with regard to the Agency's withholding of PDFs 1582-98 under the deliberative process privilege. ECF Nos. 45 & 46. The Court ordered the Agency to supplement its Motion with an amended *Vaughn* Index for its withholding of PDFs 1582-98 under Exemption 5 (deliberative process privilege) and any other evidence or argument in support of its withholding of the documents. The Court also ordered the Agency to submit PDFs 1582-98 to the Court for *in camera* review.

The Court previously upheld the Agency's withholding of PDFs 1582-98 based on the attorney-client privilege. The Court now considers whether the documents were also properly withheld under the deliberative process privilege. Having reviewed the Agency's Supplemental Brief (ECF No. 47), and having conducted an *in camera* review of the documents themselves, the Court concludes that PDFs 1582-98 were properly withheld under the deliberative process privilege.

Accordingly, the Court will grant the Agency's Motion for Summary Judgment in its entirety. An order to this effect will be docketed separately.

<u>January 13, 2021</u>                                          <u>         /s/                        </u>
Date                                                             Timothy J. Sullivan
                                                                 United States Magistrate Judge